IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHAD R. WALKER and JENNIFER WALKER, <br><br> Plaintiffs, <br><br> vs. <br><br> MAYA MARIE HERING in her Individual Capacity and a Personal Representative of the Estate of JEAN LYNN HERING, Deceased, The Estate of JEAN LYNN HERING; and JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10, <br><br> Defendants. | CIV NO. 14-00581 LEK-KJM |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 28, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant Plaintiffs' Motion To Remand" (ECF NO. [53]) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, April 15, 2016.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**CHAD R. WALKER, ET AL. VS. MAYA MARIE HERING, ET AL; CIVIL 14-00581 LEK-KJM; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**